UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE DOE, individually and as guardian    )
and next of friend of SUSIE DOE           )
     *Plaintiff*s                          )
                                         )
vs.                                       )    CIVIL ACTION NO: 1:26-CV-11735
                                         )
UNION FOR REFORM JUDAISM,                  )
DANIEL MEDWIN, AND JAYME                   )
MALLINDINE                                 )
     *Defendants*                         )

## PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO PROCEED USING A PSEUDYONYM

Plaintiff moves, *ex parte,* for leave to proceed using a pseudonym instead of her true name. She further moves that in all documents subsequently filed with this Court she and the minor Plaintiff be identified only as Jane Doe and Susie does, respectively, an that their address be omitted therefrom. If Plaintiff's motion is allowed, she will submit her Affidavit in support as a paper document, in a sealed envelope.

In support, Plaintiff relies upon the reasons stated in her Motion to Impound, filed herewith.

Dated:  4/15/26

Respectfully submitted,
The Plaintiff,


*/s/ Laura D. Mangini, Esq.*

_____

Laura D. Mangini, Esq. BBO#: 684620
Alex J. Grant, Esq. BBO#: 629754
Alekman DiTusa, LLC
1550 Main Street, Suite 501
Springfield, MA 01103
(413) 781-0000
(413) 827-0266 Fax
alex@alekmanditusa.com
laura@alekmanditusa.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above motion, along with affidavit of true name, will be served upon all defendants when these defendants are served with the summons and complaint.

*/s/ Laura D. Mangini, Esq.*

_____

Laura D. Mangini, Esq.

2